February 15, 2008

Mr. Ron S. Rainey
Essmyer, Tritico & Rainey, L.L.P.
5111 Center Street
Houston, TX 77007
Mr. Kendall M. Gray
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002

RE: Case Number: 07-0035
 Court of Appeals Number: 01-04-00551-CV
 Trial Court Number: 2002-36481

Style: THAO CHAU AND HA DIEN DO, INDIVIDUALLY, AND ON BEHALF OF THEIR
 MINOR CHILD, S.D.D.
 v.
 JEFFERSON RIDDLE, M.D. AND GREATER HOUSTON ANESTHESIOLOGY, P.A.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles Bacarisse |
| |Ms. M. Karinne |
| |McCullough |